IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TYREE DAVIS,

    Plaintiff,

v.

SUPERINTENDENT, SCI HUNTINGDON, et al.,

    Defendants.

3:12-CV-01935
(JUDGE MARIANI)

FILED
SCRANTON
DEC 23 2013
PER _____
DEPUTY CLERK

## ORDER

**AND NOW, THIS 23RD DAY OF DECEMBER, 2013**, upon review of Magistrate Judge Carlson's Report and Recommendation (Doc. 18) for clear error and manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation (Doc. 18) is **ADOPTED**, for the reasons set forth therein.

2. Plaintiff's Amended Complaint (Doc. 5) is **DISMISSED WITH PREJUDICE**.

3. The Court notes a dispute concerning filing fees, as raised in Plaintiff's Letter of November 5, 2013. (Doc. 19.) The issues raised in Plaintiff's November 5 Letter are **REMANDED** to Magistrate Judge Carlson for resolution consistent with this Order.

4. The Clerk of Court is **DIRECTED** to close the case.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge